UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GAO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PENTIUM ATLAS FUND III, LP, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:25-cv-01543-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |

　　　　This matter comes before the Court on "Plaintiff's *Ex Parte* Motion for Alternative Service." Dkt. 25. The Court finds good cause exists to authorize plaintiff to serve the defendants who have not yet appeared as follows:

　　　　Plaintiff may serve Keumhwan (a/k/a Kevin) Kwong, a person within a judicial district of the United States, by sending a copy of the summons and complaint to Mr. Kwong's email addresses (kevin@pentiumcapitalpartners.com and kuem.kwong@gmail.com) and by first class and registered or certified mail to Mr. Kwong's last known addresses (3200 Concord Cliff Ave., Henderson, NV 89044, and 2836 SW Adams Street, Unit B, Seattle, WA 98126);

　　　　Plaintiff may serve David Yeow, a person within a judicial district of the United States, by sending a copy of the summons and complaint to Mr. Yeow's email addresses (david@pentiumcapitalpartners.com and drxyeow@gmail.com) and by first class and

registered or certified mail to Mr. Yeow's last known residential address (100 Grand Lane, Unit 224, Foster City, CA 94404);

Plaintiff may serve Ryan Miller, a person in a foreign country whose Canadian address is not known, by sending a copy of the summons and complaint to Mr. Miller's email address (ryan @pentiumcapitalpartners.com) and by first class and registered or certified mail to Mr. Miller's last known business address (3200 Concord Cliff Ave., Henderson, NV 89044); and

Plaintiff shall further send a copy of the three summonses and his complaint by email to the following counsel of record for Pentium Invest, LLC, of which the three individual defendants are principals:

> Angelo J. Calfo, Esq.
> David W. Williams, Esq.
> Angeli & Calfo LLC
> 701 Pike Street, Suite 1625
> Seattle, WA 98101
> angelo @angelicalfo.com
> davidw@angelicalfo.com

Plaintiff shall complete service through the means specified above within 30 days of the date of this Order. The service specified above shall be deemed complete upon plaintiff's sending the respective emails and mailings unless they bounce back or are otherwise returned.

DATED this 12th day of November, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE - 2