THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GAO<br><br>Plaintiff,<br><br>v.<br><br>(1) PENTIUM ATLAS FUND III, LP, (2) PENTIUM INVEST, LLC, and (4) KEUMHWAN KWONG (a/k/a KEVIN KWONG),<br><br>Defendants. | Case No. 2:25-cv-1543-RSL<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND EXTEND TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**NOTING DATE: November 24, 2026** |

Plaintiff James Gao ("Plaintiff"), together with Defendants Keumhwan Kwong (a/k/a Kevin Kwong), Pentium Atlas Fund III, LP, and Pentium Invest, LLC, (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate that the deadline to file Dispositive Motions is extended, and a briefing schedule is set as follows:

Deadline to file Dispositive Motions **December 8, 2026**

Deadline to file responses: **January 8, 2027**

Deadline to file any replies: **January 19, 2027**

All other deadlines to remain the same.



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810

The Parties further agree that this stipulation and extension does not constitute a waiver of any claim, right, or defense.

DATED this 24th day of November 2026.

Respectfully submitted,

**ANGELI & CALFO LLC**
By: /s Hannah Horsley
Angelo J. Calfo, WSBA #27079
Hannah Horsley, WSBA #65057
701 Pike St., Ste. 1625
Seattle, WA 98101
(206) 229-3441
(206) 317-2059
angelo@angelicalfo.com
hhorsley@angelicalfo.com
*Attorneys for Defendants Pentium Atlas Fund III, LP, Pentium Invest, LLC, and Keumhwan Kwong (a/k/a Kevin Kwong)*

**CORR CRONIN LLP**
By: /s Jack M. Lovejoy
Jack M. Lovejoy, WSBA #36962
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600
jlovejoy@corrcronin.com
*Attorneys for Plaintiff James Gao*

**FISHKIN LUCKS LLP**
By: /s S. Aaron Loterstein
S. Aaron Loterstein (admitted *pro hac vice*)
Brendan Herrmann (admitted *pro hac vice*)
233 Broadway, Suite 820
New York, NY 10279
Ph: (646) 755-9200
aloterstein@fishkinlucks.com
bherrmann@fishkinlucks.com
*Attorneys for Plaintiff James Gao*

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of November, 2026.

Robert S. Lasnik
United States District Judge



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810